UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

  v.

IVAN RODRIGUEZ and
NESTOR RODRIGUEZ

   Defendants.

)
)
)
)
)
)
)
)
)
)
)

M.B.D. No.

**04**MBD **1004**4

JOINT MOTION TO EXCLUDE TIME
FROM SPEEDY TRIAL ACT COMPUTATIONS

The parties, by their undersigned counsel, hereby move that, pursuant to 18 U.S.C. §§ 3161(b) and 3161(h), the Court exclude from all Speedy Trial Act calculations (including any calculations made pursuant to 18 U.S.C. § 3161(b)) the period beginning February 7, 2004, and extending for approximately 30 days thereafter to and including March 8, 2004. As grounds therefore, the parties state as follows:

1.  On December 10, 2003, the defendants were charged by criminal complaint with conspiracy to distribute heroin. The defendants were arrested on December 11, 2003, pursuant to arrest warrants issued by the Court. A detention and preliminary examination hearing was held on December 23, 2003. The Court took the matter of preliminary examination under advisement and the defendants waived detention without prejudice.

2.    On or about January 6, 2004, the parties filed a joint motion requesting that the Court exclude from all Speedy Trial Act calculations (including any calculations made pursuant to 18 U.S.C. § 3161(b)) the period beginning January 6, 2004, and extending for approximately 30 days thereafter to and including February 6, 2004, which motion was granted by the Court.

3.    The parties believe that the additional 30 days will be beneficial to the parties in determining whether this case can be resolved without the need for the return of an indictment and believe that the ends of justice served by the delay outweigh the interest of the public and the defendants in a speedy trial.

Based on the foregoing, the parties jointly move that the time between February 7, 2004, and extending for approximately 30 days thereafter to and including March 8, 2004, be excluded from all Speedy Trial calculations.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

            By:    _____
                   PETER K. LEVITT
                   Assistant U.S. Attorney
                   One Courthouse Way
                   Boston, MA
                   (617) 748-3355


                   NESTOR RODRIGUEZ

                   By his attorney,

                   _____
                   SYRIE FRIED
                   Federal Public Defender
                   640 Atlantic Avenue
                   Boston, MA
                   (617) 223-8061


                   IVAN RODRIGUEZ

                   By his attorney,

                   _____
                   MELVIN NORRIS
                   260 Boston Post Road
                   Wayland, MA 01778


Dated: February 5, 2004