UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) M.B.D. No. |
| | ) |
| IVAN RODRIGUEZ and | ) |
| NESTOR RODRIGUEZ | ) |
| | ) 04MBD 1004 |
| Defendants. | ) |
| | ) |

ORDER

The parties filed a joint motion for an Order, pursuant to 18 U.S.C. §§ 3161(b) and 3161(h), excluding from all Speedy Trial Act calculations (including any calculations made pursuant to 18 U.S.C. § 3161(b)) the period beginning February 7, 2004, and extending for approximately 30 days thereafter to and including March 8, 2004. Based on the parties representations, through their respective counsel, that the parties believe that the additional time will be beneficial to the parties in determining whether this case can be resolved without the need for the return of an indictment, I conclude that the ends of justice served by the delay outweigh the interest of the public and the defendants in a speedy trial.

It is therefore ORDERED that the period beginning February 7, 2004, and extending for approximately 30 days thereafter to and including March 8, 2004, is hereby excluded from all Speedy

Trial Act calculations (including any calculations made pursuant to 18 U.S.C. § 3161(b)).

So ORDERED this 5th day of FEBRUARY, 2004.

_____
United States District Court Judge