UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 04-1004MLW

Ivan Rodriquez

Motion To Withdraw and Withdrawal Of Appearance

    Now comes Melvin Norris Court Appointed Attorney for Ivan Rodriquez a Defendant in the above caption matter and moves that he be allowed to withdraw form the case and assigns as reason therefore that the Defendant has retained Counsel. A copy of his appearance is attached herewith.

    Melvin Norris hereby withdraws his appearance in this matter

Respectfully,

Melvin Norris
260 Boston Post Road Suite 9
Wayland, MA. 01778
508 358 33305

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the Assistant United States Attorney Peter K. Levitt in hand.

Date: February 24, 2004

Melvin Norris